BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13-CR-00053 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | AMENDED STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | ) ) | |
| JOSE BUCIO-CRUZ, and CRISTIAN ALEJANDRO BARRAJAS-MEGALLON, | ) ) ) | |
| Defendants. | ) ) | |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marina Gonzalez, attorney for Jose Bucio-Cruz, and Yan Shrayberman, attorney for Cristian Alejandro Barrajas-Magallon, that the status conference set for August 12, 2013 be continued to September 23, 2013 at 1:00 p.m.

    There are three reasons for the request.  First, the parties are involved in plea negotiations, but need additional information to complete those discussions.  Second, further investigation may be necessary after discovery is finalized.  Third, the government has not received the lab report regarding the methamphetamine seized in this case which is needed in regards to the first two reasons for the

1

request. The government is awaiting a response from the DEA lab from two inquiries sent this week regarding when the report can be anticipated.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

```
Dated: August 7, 2013                 Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney


Dated: August 7, 2013                 /s/ Marina Gonzales
                                      MARINA GONZALES
                                      Attorney for Defendant Cruz

Dated: August 7, 2013                 /s/ Yan Shrayberman
                                      YAN SHRAYBERMAN
                                      Attorney for Defendant Barrajas-
                                      Megallon
```

IT IS SO ORDERED that the 3rd Status Conference is continued from August 12, 2013 to September 23, 2013 at 1:00 P.M. before Judge McAuliffe.

```
Dated:   August 8, 2013                 /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE
```

2