IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>      v.<br><br>JOSE BUCIO CRUZ,<br><br>                     Defendant. | CASE NO.  1:13-CR-00053 - AWI - 1<br><br>ORDER DENYING DEFENDANT'S MOTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)<br><br>(Doc. 55) |

      The defendant has filed a motion under 18 U.S.C. § 3582(c)(2), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses.  The Government has opposed the motion on the basis that Defendant received the benefit of this amendment when originally sentenced in anticipation of the amendment and agreed not to request a further reduction.  During Defendant's sentencing hearing the Court and Defendant engaged in the following exchange:

> THE COURT: All right, Mr. Cruz, in this case, it is anticipated that the sentencing guidelines may change in November. In light of that possibility, the Government is … agreeing to a two-level reduction in your total offense level. However, if the amendment should pass in November, … you can't come back and ask for an additional two-level reduction because that's being done now. Do you understand that?
> THE DEFENDANT: Yes.
> THE COURT: And do you agree to that?
> THE DEFENDANT: Yes.

1

THE COURT: All right. I'll go ahead and grant the two-level downward variance in the total offense level…

Doc. 58 at 5.

Section 3582(c)(2) authorizes district courts to modify an imposed sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013). Effective November 1, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types. The Commission also voted to make Amendment 782 retroactively applicable to previously sentenced defendants. In anticipation of this amendment, the Court departed downward two levels from Defendant's adjusted offense level when he was sentenced on June 2, 2014. Defendant received the benefit of the two-level variance in anticipation of the amendments and he agreed not to seek the reduction at a later time. Doc. 58 at 5. As a result, Defendant's sentence is consistent with the post-Amendment 782 quantity offense level for 4.1 kilograms of methamphetamine under Guideline Section 2D1.1(c) and Defendant is not eligible for a reduction pursuant to Guideline Section 1B1.10. Defendant's motion pursuant to Section 3582 is hereby denied.

IT IS SO ORDERED.

Dated:   April 28, 2015                              _____
                                                                                SENIOR DISTRICT JUDGE